IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 




NO. 3-92-221-CR




ODDIS EUGENE PEOPLES,



 APPELLANT


vs.





THE STATE OF TEXAS,



 APPELLEE


 



FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT



NO. 38,635, HONORABLE JACK W. PRESCOTT, JUDGE PRESIDING


 





PER CURIAM

 The district court found appellant guilty of delivering less than twenty-eight grams
of cocaine, a controlled substance, and assessed punishment at imprisonment for ten years,
probated. Tex. Health & Safety Code Ann. § 481.112 (West 1992). The State subsequently filed
a motion to revoke appellant's probation. At the hearing on the motion to revoke, appellant
pleaded true to the alleged violations of the conditions of probation. The court granted the
motion, revoked appellant's probation, and imposed sentence. 

 Appellant's court-appointed attorney filed a brief in which he concludes that the
appeal is frivolous and without merit. The brief meets the requirements of Anders v. California,
386 U.S. 738 (1967), by presenting a professional evaluation of the record demonstrating why
there are no arguable grounds to be advanced. See also Penson v. Ohio, 488 U.S. 75 (1988);
Gainous v. State, 436 S.W.2d 137 (Tex. Crim. App. 1969); Jackson v. State, 485 S.W.2d 553
(Tex. Crim. App. 1972); Currie v. State, 516 S.W.2d 684 (Tex. Crim. App. 1974); High v.
State, 573 S.W.2d 807 (Tex. Crim. App. 1978). A copy of counsel's brief was delivered to
appellant, and appellant was advised of his right to examine the appellate record and to file a pro
se brief. No pro se brief has been filed.

 We have carefully reviewed the record and counsel's brief and agree that the appeal
is frivolous and without merit. Further, we find nothing in the record that might arguably support
the appeal.

 The order revoking probation is affirmed.


[Before Chief Justice Carroll, Justices Aboussie and Jones]

Affirmed

Filed: February 24, 1993

[Do Not Publish]